

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Carolyn Barnes, Appellant

No. 06-17-00003-CV          v.

Maria Santos Donihoo, Appellee

Appeal from the 220th District Court of Hamilton County, Texas (Tr. Ct. No. CV10310). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.


As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Carolyn Barnes, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.


RENDERED DECEMBER 8, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk